UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLNIA
WESTERN DIVISION
Case No. 5:20-cv-46-M

ACCREDITATION COMMISSION FOR
HEALTH CARE, INC.,

                    Plaintiff,

v.

NextLOGiK, INC.,

                    Defendant.

**ORDER**

This matter is before the Court on Defendant NextLOGiK's motion to seal [DE-36 ("Motion")] its memorandum of law in support of its motion to dismiss or transfer venue and accompanying exhibits [DE-38]. Defendant, with consent of Plaintiff, seeks to seal these documents because they contain confidential and sensitive business information, including revenue projections and the functionality of proprietary software. Defendant has also filed a narrowly redacted version of the same documents on the public docket. [DE-32.]

The information Defendant seeks to seal [DE-38] is the same or substantially similar to information the Court previously sealed [DE-25] in Defendant's first motion to dismiss or transfer venue [DE-12; DE-26]. Defendant filed the instant Motion on June 10, 2020. [DE-36.]

Because the public received notice of the request to seal and has had a reasonable opportunity to object, and for substantially the same reasons stated in this Court's previous order [DE-25], Defendant's Motion to Seal [DE-36] is GRANTED. The Clerk is DIRECTED to permanently seal DE-38.

SO ORDERED. This the 23d day of June, 2020.

                                                  RICHARD E. MYERS II
                                                  UNITED STATES DISTRICT JUDGE